**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7225**

_____

MALCOLM WRIGHT, JR., a/k/a Malcolm Y. Azariah,

        Plaintiff - Appellant,

     v.

BOYD BENNETT, Director of Prisons; BETTY BROWN, Head
Chaplain Services; BETTY POPE, Head Dietician Other Paula
Pope; MR. BRANKER, Warden; JACKIE PARKER, Chief of Food and
Nutrition Services,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (5:08-ct-03129-BO)

_____

Submitted: December 2, 2010        Decided: March 9, 2011

_____

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Malcolm Wright, Jr., Appellant Pro Se.   Oliver Gray Wheeler,
OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North
Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Wright, Jr., appeals a district court order granting summary judgment to the Appellees and dismissing his complaint brought under the Religious Land Use and Institutionalized Persons Act, Pub. L. No. 106-274, 114 Stat. 804, 42 U.S.C. § 2000cc-1(a) (2006) ("RLUIPA"). He also appeals the order denying his motion for reconsideration. We have reviewed the record and the district court's orders and affirm for the reasons cited by the district court. See Wright v. Bennett, No. 5:08-ct-03129-BO (E.D.N.C. Aug. 5, 2010; Aug. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED